# UNITED STATES DISTRICT COURT

For the Western District of Washington

Ningbo Sanjin Maoyi Youxian Gongsi,

Plaintiff,

v.

ZHENGZHOUSHIMUWEN XINXIKEJI YOUXIANGONGSI,

Defendant,

SHENZHENSHIHUOCHENGKEJIYOUXIANGONGSI,

Defendant,

zhengzhoudanxiangjieshangmaoyouxiangongsi,

Defendant,

Beijia Kong,

Defendant,

ZHENGZHOUSHI XINGJINGWANGLUOKEJI YOUXIANGONGSI,

Defendant,

zhengzhoushiYOULEZHOUwangluokejiyouxiangongsi,

Defendant,

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## 1. Jurisdiction and Venue

This is an action for copyright infringement under the United States Copyright Act, 17 U.S.C. § 101 et seq. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(a) because the defendants have directed infringing activity to this district by offering products for sale on Amazon.com, a U.S. platform headquartered in Seattle, Washington, utilizing FBA warehouses.

## 2. The Parties

Plaintiff, Ningbo Sanjin Maoyi Youxian Gongsi, is a company organized under the laws of China, with an address at Zhang Xin Nan Lu 716 Hao, Qiao Yi Cun, Xiao Lin Zhen, Ci Xi, Zhe Jiang 315321, China. Plaintiff is the exclusive authorized representative for the copyrights authored by Zhou Lingyi.

Defendant ZHENGZHOUSHIMUWEN XINXIKEJI YOUXIANGONGSI is believed to be a Chinese company offering infringing products for sale in the United States through Amazon.com.

Defendant SHENZHENSHIHUOCHENGKEJIYOUXIANGONGSI is believed to be a Chinese company offering infringing products for sale in the United States through Amazon.com.

Defendant zhengzhoudanxiangjieshangmaoyouxiangongsi is believed to be a Chinese company offering infringing products for sale in the United States through Amazon.com.

Defendant Beijia Kong is believed to be a Chinese company offering infringing products for sale in the United States through Amazon.com.

Defendant ZHENGZHOUSHI XINGJINGWANGLUOKEJI YOUXIANGONGSI is believed to be a Chinese company offering infringing products for sale in the United States through Amazon.com.

Defendant zhengzhoushiYOULEZHOUwangluokejiyouxiangongsi is believed to be a Chinese company offering infringing products for sale in the United States through Amazon.com.

### 3. Copyrighted Works

The Plaintiff owns or is authorized to enforce rights in the following works. The original artwork subject to this lawsuit is shown in **Exhibit A** (Volleyball Ribbon Design, Softball Ribbon Design). A copy of the copyright pending registration application and submission receipt (SR#: 1–14942415348) is attached as **Exhibit B**.

### 4. Infringing Conduct

Screenshots of infringing listings on Amazon.com and Amazon.ca under the relevant ASINs are included in **Exhibit C**.

Defendant ZHENGZHOUSHIMUWEN XINXIKEJI YOUXIANGONGSI has reproduced and distributed unauthorized copies of the Plaintiff's copyrighted work on Amazon.com using ASINs: B0DPG2V3FL, B0FC661WR2. These products feature designs substantially similar or identical to Plaintiff's original artwork.

Defendant SHENZHENSHIHUOCHENGKEJIYOUXIANGONGSI has reproduced and distributed unauthorized copies of the Plaintiff's copyrighted work on Amazon.com using ASINs: B0F4ML1ZKF. These products feature designs substantially similar or identical to Plaintiff's original artwork.

Defendant zhengzhoudanxiangjieshangmaoyouxiangongsi has reproduced and distributed unauthorized copies of the Plaintiff's copyrighted work on Amazon.com using ASINs: B0FC5WBGL1. These products feature designs substantially similar or identical to Plaintiff's original artwork.

Defendant Beijia Kong has reproduced and distributed unauthorized copies of the Plaintiff's copyrighted work on Amazon.com using ASINs: B0DKX7G3V1, B0DHXPVNKY. These products feature designs substantially similar or identical to Plaintiff's original artwork.

Defendant ZHENGZHOUSHI XINGJINGWANGLUOKEJI YOUXIANGONGSI has reproduced and distributed unauthorized copies of the Plaintiff's copyrighted work on Amazon.com using ASINs: B0DPF7RPCD. These products feature designs substantially similar or identical to Plaintiff's original artwork.

Defendant zhengzhoushiYOULEZHOUwangluokejiyouxiangongsi has reproduced and distributed unauthorized copies of the Plaintiff's copyrighted work on Amazon.com using ASINs: B0F6L8BV3W, B0F53TGRRR. These products feature designs substantially similar or identical to Plaintiff's original artwork.

## 5. Clarification Regarding the Copyrighted Works and Evidence Availability

Plaintiff sells ribbon products in sets of six different designs. For each product set, the designer Zhou Lingyi created six individual ribbon patterns. Among these, only two designs from each set were submitted in the current copyright registration

application (SR# 1–14942415348). Therefore, this lawsuit only claims infringement for those two registered designs, not for the entire set.

Additionally, due to Amazon's DMCA takedown procedures, the infringing product listings on Amazon.com (U.S. site), such as ASIN B0DPG2V3FL, have been removed and are no longer publicly visible.

To support this complaint, the plaintiff has included screenshots of the corresponding product listings on Amazon.ca (Canada site), under the same ASINs and sellers. These listings clearly display the infringing ribbon designs and serve as evidence that the infringing content was previously available on Amazon.com.

Plaintiff's sales listings and design comparisons are included in **Exhibit D**, and Amazon's takedown and counter-notice correspondence is attached as **Exhibit E**.

Plaintiff's own storefront identity and Amazon seller name and address are shown in **Exhibit F.**

## 6. Claim for Relief - Copyright Infringement

Plaintiff realleges all preceding paragraphs. Defendants had access to Plaintiff's works and willfully infringed Plaintiff's copyrights. Plaintiff seeks statutory damages, injunctive relief, and any other relief the Court deems just and proper.

## 7. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

- Permanent injunction against further infringement
- Statutory damages and legal costs
- Default judgment if defendants fail to appear

Dated: July 23, 2025

Respectfully submitted,

/s/ Cen Gaobin

Cen Gaobin

Legal Representative of Ningbo Sanjin Maoyi Youxian Gongsi