# Civil Cover Sheet (JS 44)

## I. PLAINTIFFS AND DEFENDANTS

Plaintiff:

Ningbo Sanjin Maoyi Youxian Gongsi

Zhang Xin Nan Lu 716 Hao, Qiao Yi Cun, Xiao Lin Zhen, Ci Xi, Zhe Jiang 315321, China

Defendants:

1. ZHENGZHOUSHIMUWEN XINXIKEJI YOUXIANGONGSI

2. SHENZHENSHIHUOCHENGKEJIYOUXIANGONGSI

3. zhengzhoudanxiangjieshangmaoyouxiangongsi

4. Beijia Kong

5. ZHENGZHOUSHI XINGJINGWANGLUOKEJI YOUXIANGONGSI

6. zhengzhoushiYOULEZHOUwangluokejiyouxiangongsi

## II. BASIS OF JURISDICTION (U.S. Government Not a Party)

✓ 3. Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

(For Diversity Cases Only)

[Not Applicable — Federal Question Jurisdiction]

## IV. NATURE OF SUIT

✓ 820 Copyright

## V. ORIGIN

✓ 1. Original Proceeding

## VI. CAUSE OF ACTION

17 U.S.C. § 101 et seq. — Copyright infringement related to unauthorized reproduction and sale of original artwork on Amazon.com.

## VII. REQUESTED IN COMPLAINT

✔ Check if this is a class action under Rule 23, F.R.Cv.P.: [ ]

✔ DEMAND: Statutory damages, injunctive relief

✔ JURY DEMAND: No

## VIII. RELATED CASE(S) IF ANY

None


Date: July 23, 2025

/s/ Cen Gaobin

Cen Gaobin

Legal Representative of Ningbo Sanjin Maoyi Youxian Gongsi

Pro Se Representative for Plaintiff