## Exhibit List

Plaintiff: Ningbo Sanjin Maoyi Youxian Gongsi

Defendants: Multiple (see Complaint)

This document outlines the key exhibits accompanying the Complaint.

## Exhibits

| Exhibit | Description |
|---|---|
| Exhibit A | Original artwork by Zhou Lingyi |
| Exhibit B | U.S. Copyright Office application receipt for group visual art work |
| Exhibit C | Infringement Comparison |
| Exhibit D | Sales Evidence: Plaintiff's Product Listings and Sales Evidence |
| Exhibit E | DMCA Notice and CounterNotice on Amazon.com |
| Exhibit F | Proof of Plaintiff's Storefront Info |

Plaintiff reserves the right to supplement or amend this list as needed.