## Copyright Enforcement Authorization Letter

To Whom It May Concern,

I, Zhou Lingyi, the sole creator and copyright claimant of the visual artwork entitled "bus_artwork and 9 Other Unpublished Works" (submitted to the U.S. Copyright Office under service request number 1-14942415348), hereby authorize Mr. Cen Gaobin, the legal representative and owner of Ningbo Sanjin Maoyi Youxian Gongsi, to act on my behalf in enforcing my copyright rights relating to these works.

This authorization includes, but is not limited to, filing lawsuits, submitting DMCA takedown notices, and engaging with e-commerce platforms such as Amazon.com to remove infringing listings.

I confirm that I am the original author of the copyrighted material, and I grant full rights to Ningbo Sanjin Maoyi Youxian Gongsi to pursue legal action in its own name in relation to these copyrights.

This authorization is valid from the date of signature until revoked in writing.

Sincerely,

*Zhou Lingyi*

Zhou Lingyi

Date: July 23, 2025