# Exhibit A

The following images represent the original artwork created by designer Zhou Lingyi and registered with the U.S. Copyright Office (SR Number # 1-14942415348). These designs were used on ribbon products sold by the Plaintiff and are the subject of the present copyright infringement action.

**Figure A - Registered Volleyball Design**



**Figure B - Registered Softball Design**

**Figure C - Registered Softball Design**



**Figure D - Registered Volleyball Design**

