**Registration #:** *-APPLICATION-*
**Service Request #:** 1-14942415348

## Mail Certificate

lingyi zhou
No.329, Zhoutang West Street, Xiaolin Town
Cixi 315321 China

**Priority:** Routine    **Application Date:** June 16, 2025

## Correspondent

**Name:** lingyi zhou
**Email:** lingyi_zhou@163.com
**Telephone:** +8613958392939
**Address:** No.329, Zhoutang West Street, Xiaolin Town
Cixi 315321 China

Registration Number

# *-APPLICATION-*

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

|                    |                                          |
|-------------------:|:-----------------------------------------|
| Title of Group:    | bus_artwork and 9 Other Unpublished Works |
| Content Title:     | bus_artwork  <br>cow_artwork  <br>pencil_artwork  <br>pet_love_artwork  <br>pumpkin_artwork  <br>school_day_artwork  <br>softball_artwork  <br>volleyball_artwork_2  <br>volleyball_artwork  <br>volleyball_love_artwork |

### Completion/Publication

|                       |      |
|----------------------:|:-----|
| Year of Completion:   | 2024 |

### Author

- **Author:** lingyi zhou
  - **Author Created:** Pictorial or Graphic Works
  - **Citizen of:** China
  - **Domiciled in:** China

### Copyright Claimant

|                      |                                                                    |
|---------------------:|:-------------------------------------------------------------------|
| Copyright Claimant:  | lingyi zhou  <br>No.329, Zhoutang West Street, Xiaolin Town, Cixi, 315321 |

### Rights and Permissions

Page 1 of 2

|  |  |
|---:|:---|
| **Name:** | lingyi zhou |
| **Email:** | lingyi_zhou@163.com |
| **Telephone:** | +8613958392939 |
| **Address:** | No.329, Zhoutang West Street, Xiaolin Town<br>Cixi 315321 China |

## Certification

|  |  |
|---:|:---|
| **Name:** | lingyi zhou |
| **Date**: | June 16, 2025 |

---

|  |  |
|---:|:---|
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |