# Exhibit C - Infringement Comparison

## Product Type: Softball Design

## ASIN: B0DPG2V3FL

## Platform: Amazon.ca (Canada)

The following comparison shows the Plaintiff's original design (below left) compared with the infringing productsold under ASIN **B0DPG2V3FL** on Amazon.ca.

This listing is no longer available on Amazon.com (U.S.). The Canadian version is provided as supporting evidence. The design elements highlighted are copied from Plaintiff's copyrighted work (see Exhibit A).



**ASIN: B0F4ML1ZKF**

**Platform: Amazon.ca (Canada)**

The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0F4ML1ZKF** on Amazon.ca.

This listing is no longer available on Amazon.com (U.S.). The Canadian version is provided as supporting evidence. The design elements highlighted are copied from Plaintiff's copyrighted work (see Exhibit A).



**ASIN: B0DHXPVNKY**

**Platform: Amazon.ca (Canada)**

The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0DHXPVNKY** on Amazon.ca.

This listing is no longer available on Amazon.com (U.S.). The Canadian version is provided as supporting evidence. The design elements highlighted are copied from Plaintiff's copyrighted work (see Exhibit A).



**ASIN: B0FC5WBGL1**

**Platform: Amazon.ca (Canada)**

The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0FC5WBGL1** on Amazon.ca.

This listing is no longer available on Amazon.com (U.S.). The Canadian version is provided as supporting evidence. The design elements highlighted are copied from Plaintiff's copyrighted work (see Exhibit A).



## Product Type: Volleyball Design
**ASIN: B0FC661WR2**
**Platform: Amazon.ca (Canada)**

The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0FC661WR2** on Amazon.ca.

This listing is no longer available on Amazon.com (U.S.). The Canadian version is provided as supporting evidence. The design elements highlighted are copied from Plaintiff's copyrighted work (see Exhibit A).



**ASIN: B0DKX7G3V1**
**Platform: Amazon.com (U.S.)**
The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0DKX7G3V1** on Amazon.com.
This screenshot was taken prior to Amazon's removal of the infringing listing in response to Plaintiff's DMCA takedown notice.



**ASIN: B0DPF7RPCD**
**Platform: Amazon.com (U.S.)**
The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0DPF7RPCD** on Amazon.com.
This screenshot was taken prior to Amazon's removal of the infringing listing in response to Plaintiff's DMCA takedown notice.



**ASIN: B0F6L8BV3W**
**Platform: Amazon.com (U.S.)**

The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0F6L8BV3W** on Amazon.com.

This screenshot was taken prior to Amazon's removal of the infringing listing in response to Plaintiff's DMCA takedown notice.



**ASIN: B0F53TGRRR**
**Platform: Amazon.com (U.S.)**
The following comparison shows the Plaintiff's original design (below left) compared with the infringing product sold under ASIN **B0F53TGRRR** on Amazon.com.
This screenshot was taken prior to Amazon's removal of the infringing listing in response to Plaintiff's DMCA takedown notice

