## Exhibit D – Plaintiff's Product Evidence

The following screenshot(s) and/or photograph(s) demonstrate Plaintiff's use and sale of the original copyrighted design (see Exhibit A). These materials show that Plaintiff actively sold products bearing the registered artwork on Amazon.com.

### 1-Product Listing Screenshot

Screenshot of Plaintiff's product listing on Amazon.com under ASIN B0D3THMLVX and B0D3TGFR1L. This listing displays the original artwork created by Zhou Lingyi and filed with the U.S. Copyright Office. The design shown here is the same as that registered under Application No. SR 1–14942415348 (see Exhibit A), and is offered for sale by the Plaintiff.





## 2-Sales Order Screenshot

Screenshot of Plaintiff's Amazon Seller Central order showing sales of the product bearing the copyrighted artwork. This demonstrates commercial use and public recognition of the original design prior to the infringing listing by Defendant.





## 3-Product Photo with Design

Photograph of Plaintiff's actual product incorporating the original artwork. The design is printed on ribbon sold by Plaintiff and reflects real-world application of the copyrighted artwork.



