## Exhibit E – DMCA Notices and Counter-Notices for Multiple ASINs

The following documents relate to Plaintiff's DMCA takedown requests submitted to Amazon.com and the corresponding counter-notices received from the Defendants.

### For each ASIN, the following evidence is presented:

• DMCA takedown confirmation email or acknowledgment from Amazon.

• Counter-notice submitted by Defendant, including required legal statements and contact information.

• ASIN reference and brief context of the disputed listing.

### ASIN: B0DPG2V3FL

Amazon DMCA Acknowledgment Email

---

**Your Report of Rights Infringement on Amazon.com**

 **Amazon.com**  2025-07-09 16:26
发至  zhouns007

(此邮件由 20250709072340dd7745f041c747e2b0f74ef1a780p0na-c389i9s1dg9cbu@bounces.amazon.com代发)



Hello,

We reviewed your report and removed the following content based on the information you provided.

ASIN: B0DPG2V3FL, B0F4ML1ZKF, B0FC5WBGL1
Title: 6 Rolls 18 Yards Sports Softball Ribbons for Crafting, Black White Dot Grosgrain Ribbons Softball Grosgrain Ribbon Sport Yellow Red Ball Wrapping Craft Ribbon for Sport Party Decor Wrap, 3/8, 6 Rolls 18 Yards Softball Ribbons, 3/8" Width Sports Softball Ribbons for Crafting, Stripe Grosgrain Ribbon, Wrapping Craft Ribbon for Gift Wrapping Home Theme Party Decor, Grevosea 6 Roll 18 Yards Softball Grosgrain Ribbons, 3/8 Inch Baseball Ribbon Sports Softball Ribbon for Hair Bows Crafts Gift Wrapping and Theme Party Decorations (Baseball)
Complaint ID: 18065473621

Sincerely,
Seller Performance Team
Amazon.com

©2025 Amazon.com, Inc. or its affiliates. Amazon and all related marks are trademarks of Amazon.com, Inc. or its affiliates, Amazon.com, Inc. 410 Terry Avenue N., Seattle, WA 98109.



## Counter-notice from Defendant



**We've received a counter notice for your Amazon.com report**                                                          三今-US

no-replies-appeal@amazon.com   2025-07-13 01:45
发至   zhouns007
(此邮件由 20250712174553581092f1326a4c2e8636e69c1ec0p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18065473621
ASIN: B0DPG2V3FL
Title: 6 Rolls 18 Yards Sports Softball Ribbons for Crafting, Black White Dot Grosgrain Ribbons Softball Grosgrain Ribbon Sport Yellow Red Ball Wrapping Craft Ribbon for Sport Party Decor Wrap, 3/8

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0DPG2V3FL Complaint ID: 18065473621  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0DPG2V3FL  My contact information is as follows:Full Legal Name: ZHENGZHOUSHIMUWEN XINXIKEJI YOUXIANGONGSI  Email Address: tingwendistance@163.com  Mailing Address: henanzimaoshiyanquzhengzhoupianqujingkaijingnanerlu29haogeli 27zhuang2danyuan4lou8hao zhengzhoushi henansheng 450016  Phone Number: +8615639020535  ✔️ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✔️ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✔️ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✔️ (IV) I declare under penalty of perjury that under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✔️ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.
mengmeng Wang

Thank You,
Amazon

## ASIN: B0FC661WR2

Amazon DMCA Acknowledgment Email



Counter—notice from Defendant



**We've received a counter notice for your Amazon.com report**

三⚙-US

N  **no-replies-appeal@amazon.com** 2025-07-13 01:44
发至 zhouns007

(此邮件由 20250712174411271d0461f4b04945b4455e115680p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18064095631
ASIN: B0FC661WR2
Title: Grevosea 6 Roll 18 Yards Volleyball Grosgrain Ribbons, 3/8 Inch Sports Volleyball Ribbon for Hair Bows Crafts Gift Wrapping and Theme Party Decorations (Volleyballs)

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0FC661WR2 Complaint ID: 18064095631  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0FC661WR2  My contact information is as follows:Full Legal Name: zhengzhoudanxiangjieshangmaoyouxiangongsi  Email Address: DXjie21@outlook.com  Mailing Address: henanzimaoshiyanquzhengzhoupianqujingkaidibadajiejingnanerlu tongxinyuanxiaoqu2haolou3danyuan614shi zhengzhou henan 450016  Phone Number: +8619139715565  ✓ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✓ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✓ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✓ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✓ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.
Yanqing Wang

Thank You,
Amazon

**ASIN: B0F4ML1ZKF**

Amazon DMCA Acknowledgment Email



Counter–notice from Defendant



We've received a counter notice for your Amazon.com report                                                           三字-us

**no-replies-appeal@amazon.com**   2025-07-13 01:44                                                      🚩 ↰ ↱ ↳ ⋯
发至 zhouns007                                                                                                        详情

(此邮件由 20250712174452f9dbacce3ad0479db3d9fe4987e0p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18065473621
ASIN: B0F4ML1ZKF
Title: 6 Rolls 18 Yards Softball Ribbons, 3/8" Width Sports Softball Ribbons for Crafting, Stripe Grosgrain Ribbon, Wrapping Craft Ribbon for Gift Wrapping Home Theme Party Decor

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0F4ML1ZKF Complaint ID: 18065473621  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0F4ML1ZKF  My contact information is as follows:Full Legal Name: SHENZHENSHIHUOCHENGKEJIYOUXIANGONGSI  Email Address: Tsucceedsisk476@126.com  Mailing Address: longgangqupinghujiedaohehuashequpingjidadaobei159haohengluEs 2haolou1509 shenzhenshi guangdongsheng 518000  Phone Number: +8617688155457  ✓ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✓ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✓ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✓ (IV) I declare under penalty of perjury under the law of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✓ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. XIAN li

Thank You,
Amazon

### ASIN: B0FC5WBGL1

Amazon DMCA Acknowledgment Email



Counter–notice from Defendant



**We've received a counter notice for your Amazon.com report**    三今-US

N    **no-replies-appeal@amazon.com**  2025-07-13 01:44
发至 zhouns007

(此邮件由 20250712174409010020efaf2564a38a32ac5b10910p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18065473621
ASIN: B0FC5WBGL1
Title: Grevosea 6 Roll 18 Yards Softball Grosgrain Ribbons, 3/8 Inch Baseball Ribbon Sports Softball Ribbon for Hair Bows Crafts Gift Wrapping and Theme Party Decorations (Baseball)

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0FC5WBGL1 Complaint ID: 18065473621  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0FC5WBGL1  My contact information is as follows:Full Legal Name: zhengzhoudanxiangjieshangmaoyouxiangongsi  Email Address: DXjie21@outlook.com  Mailing Address: henanzimaoshiyanquzhengzhoupianqujingkaidibadajiejingnanerlu tongxinyuanxiaoqu2haolou3danyuan614shi zhengzhou henan 450016  Phone Number: +8619139715565  ✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.
Yanqing Wang

Thank You,
Amazon

## ASIN: B0DHXPVNKY

Amazon DMCA Acknowledgment Email



**Your Report of Rights Infringement on Amazon.com**                                          三今-US

 notice@amazon.com  2025-07-12 20:01                                    🏳 ↩ ↩ ↪ ⋯

发至 zhouns007                                                                                    详情

(此邮件由 20250712120113a2684cf72909462b9338bb438940p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

您好!

感谢您举报侵权行为。我们审核了您的举报,并根据您提供的信息修改或删除了被举报的内容。详情页面最多需要 24 小时才能显示所做更改。

ASIN: B0F18V349S B0DHXPVNKY
投诉编号: 18064548191

我们已将您的电子邮件地址和您在投诉中分享的其他信息提供给您举报的卖家。他们可能会联系您,请求您撤销该举报。如果您未撤销申诉或申诉成功,则我们最初采取的措施将保持不变,并且遭举报的卖家将无法重新发布遭举报的 ASIN。如果您撤销此投诉,我们将允许您举报的卖家使用遭举报的 ASIN 重新发布商品。

要撤销通过 Brand Registry 提交的投诉,请使用"提交历史记录"中的"撤销投诉"链接:
https://brandregistry.amazon.com/brand/submission-history

要撤销通过举报侵权表单提交的投诉,请使用撤销表单:
https://www.amazon.com/report/infringement/retract

您需要提供上述投诉编号才能提交撤销请求。

如果您想提交多个通知,则需要知道,我们的团队仅会对每次提交的通知中的一种侵权行为进行调查,并且每次提交的通知中包含的 ASIN 不能超过 50 个。

作为权利所有者,您可能会有兴趣了解亚马逊提供的各种工具和服务,这些资源让您可以更好地控制自己的品牌。如果您想详细了解这些服务,请访问"品牌服务"页面:
https://brandservices.amazon.com/?ld=BRUSNFE

要详细了解亚马逊知识产权政策,请参阅权利所有者帮助内容:
https://sellercentral.amazon.com/gp/help/external/U5SQCEKADDAQRLZ

Amazon.com

Counter–notice from Defendant



**We've received a counter notice for your Amazon.com report**

三冬·US

○ no-replies-appeal@amazon.com    2025-07-17 01:03
发至 zhouns007

（此邮件由 20250716170324202a2b9ffe2774bb58fc88fd5cc70p0na-c1owc0qwe3u0rb@bounces.amazon.com 代发）

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18064548191
ASIN: B0DHXPVNKY
Title: Liobelon 6 Rolls 30 Yards Softball Ribbons Sport Ball Ribbon 3/8 Inch Baseball Pattern Craft Ribbons Fabric Ribbons for Gift Wrapping Wreath Sport Events DIY Bows Party Decoration Sewing Supplies

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0DHXPVNKY Complaint ID: 18064548191  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0D3TYRPB3  My contact information is as follows:Full Legal Name: Beijia Kong  Email Address: mouxun2023166@163.com  Mailing Address: Room 2602, No. 4, Lane 79, Zhongren South Road, Jiading District, Shanghai  Phone Number: +8617721066350  ✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. Beijia Kong

Thank You.
Amazon

## ASIN: B0DKX7G3V1

Amazon DMCA Acknowledgment Email



Counter—notice from Defendant



**We've received a counter notice for your Amazon.com report**                                      三今-US

no-replies-appeal@amazon.com    2025-07-19 02:58
发至 zhouns007

(此邮件由 20250718185834fa90b4dea3034e8981c6d524bca0p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18052267791
ASIN: B0DKX7G3V1
Title: Liobelon 6 Rolls 30yds Volleyball Ribbon 3/8" Black White Grosgrain Ribbon Sports Ball Ribbons Wrapping Craft Ribbons for Sports Team Decoration,Wreaths,Bows,Crafting,Sewing,Volleyball Party Supplies

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0DKX7G3V1 Complaint ID: 18052267791  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0D3V3GTY6  My contact information is as follows:Full Legal Name: Beijia Kong  Email Address: mouxun2023168@163.com  Mailing Address: Room 2602, No. 4, Lane 79, Zhongren South Road, Jiading District, Shanghai  Phone Number: +8617721066350  ✓ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✓ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✓ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✓ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✓ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. Beijia Kong

Thank You,
Amazon

**ASIN: B0DPF7RPCD**

Amazon DMCA Acknowledgment Email



## Counter—notice from Defendant



We've received a counter notice for your Amazon.com report                                                           三今-US

N    no-replies-appeal@amazon.com   2025-07-19 02:49                                                              🚩 ↩ ↩ ↪ ...
      发至 zhouns007                                                                                                          详情
      (此邮件由 20250718184939 1e0b56d4628347edbf35275c0710p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18057167021
ASIN: B0DPF7RPCD
Title: 6 Rolls 3/8" Volleyball Ribbon for Hair Bows 18 Yards Black White Sport Ball Ribbons Dot Grosgrain Ribbons Star Craft Wrapping Ribbon for Sport Theme Party Decorations Decor

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0DPF7RPCD Complaint ID: 18057167021  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0DPF7RPCD  My contact information is as follows:Full Legal Name: ZHENGZHOUSHI XINGJINGWANGLUOKEJI YOUXIANGONGSI  Email Address: Calmanticool@yeah.net  Mailing Address: erqiquzhenqmilu126hao 4haoloudonq2danyuan6cenq607hao zhengzhoushi henanshenq 450015  Phone Number: +8615517169815  ✔ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✔ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✔ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✔ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✔ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. YUANPING NIU

Thank You,
Amazon

## ASIN: B0F6L8BV3W

Amazon DMCA Acknowledgment Email



Counter-notice from Defendant

**We've received a counter notice for your Amazon.com report**                               三令-US

 **no-replies-appeal@amazon.com** 2025-07-19 02:52                      🏳 ↩ ↩ ↪ ⋯
发至 zhouns007                                                                                          详情
(此邮件由 20250718185203a5827abf2bde4b158761753d43f0p0na-c1owc0qwe3u0rb@bounces.amazon.com代发)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 18040106481
ASIN: B0F6L8BV3W
Title: 6 Rolls Volleyball Ribbon 20 Yards 3/8" Volleyball Theme Sport Hair Ribbons, Black White Ball Game Craft Grosgrain Ribbons for Hair Bows Sports Party Decorations Gift Wrapping Sewing

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0F6L8BV3W Complaint ID: 18040106481  You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled. The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN): B0F6L8BV3W  My contact information is as follows:Full Legal Name: zhengzhoushiYOULEZHOUwangluokejiyouxiangongsi  Email Address: pngneqwnre@163.com  Mailing Address: henanzimaoshiyanquzhengzhoupianqujingkai diqidajie99haohongguangheyuan3haolou421shi zhengzhoushi henan 450046  Phone Number: +8615538338231  ✔️ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.  ✔️ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.  ✔️ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.  ✔️ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.  ✔️ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.  Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. xinyi li

Thank You,
Amazon

## ASIN: B0F53TGRRR

Amazon DMCA Acknowledgment Email



Counter—notice from Defendant

