## Exhibit F – Plaintiff's Amazon Storefront Information

The following screenshot shows Plaintiff's Amazon.com storefront, which publicly displays the Plaintiff's business name and registered address. This storefront evidence is submitted to demonstrate Plaintiff's status as an active Amazon seller and to confirm the identity and location of the party asserting the copyright claim.

