## Cover Letter – Pro Se Filing

To: Clerk of Court

U.S. District Court

Western District of Washington

700 Stewart Street, Suite 2310

Seattle, WA 98101–9906

Date: July 23, 2025

Re: Civil Complaint for Copyright Infringement — Pro Se Corporate Filing

Dear Clerk of Court,

I am submitting a civil complaint on behalf of the Chinese company, Ningbo Sanjin Maoyi Youxian Gongsi, as its legal representative and owner. The company is pursuing a copyright infringement claim against several foreign defendants who have sold infringing goods on Amazon.com using our copyrighted designs. Enclosed please find the original and one copy of the following documents for filing in the above-captioned matter:

• Civil Complaint for Copyright Infringement

• Civil Cover Sheet (JS–44)

• Summons (one for each of the six defendants)

• Exhibit List and supporting evidence

• Authorization Letter from the copyright holder Zhou Lingyi

• Filing Fee in the amount of $402 (check or money order enclosed)

As a non-attorney corporate representative, I am filing this complaint pro se. I respectfully request the court to assign a case number and accept this filing. Once the case number is assigned, I will complete the CM/ECF registration form to obtain access for electronic filing.

Background Note:

The plaintiff sells ribbon sets each containing six different designs, of which two designs per set were registered with the U.S. Copyright Office. This case asserts infringement only on the registered designs. As the infringing Amazon.com listings were removed due to a DMCA takedown, the plaintiff provides screenshots from the corresponding Amazon.ca listings as supporting evidence of the same infringing content.

If any additional information or clarification is needed, I can be reached at the contact information below.

Thank you for your attention to this matter.

Sincerely,

/s/ Cen Gaobin

Cen Gaobin

Legal Representative

Ningbo Sanjin Maoyi Youxian Gongsi

Zhang Xin Nan Lu 716 Hao, Qiao Yi Cun, Xiao Lin Zhen

Ci Xi, Zhejiang 315321

Email: zhouns007@163.com

Phone: +86 13566045700