# Hanh Huynh

| | |
|---|---|
| **From:** | Lingyi Zhou <zhoulingyi66@gmail.com> |
| **Sent:** | Thursday, July 24, 2025 12:01 AM |
| **To:** | WAWDdb_NewCasesSea |
| **Subject:** | New Civil Case Filing – Pro Se – Copyright Infringement |
| **Attachments:** | Cen Gaobin.zip |
| | |
| **Categories:** | Hanh |

**CAUTION - EXTERNAL:**

Dear Clerk of Court,

I am submitting the documents to file a new civil lawsuit on behalf of my company as a Pro Se Plaintiff. All required materials are included in the attached ZIP file.

 The ZIP file includes:
1. Complaint
2. Civil Cover Sheet (JS 44)
3. Proposed Summons for each named Defendant
4. Exhibit A to F, properly labeled
5. Cover Letter
6. Authorization Letter

Plaintiff:
Ningbo Sanjin Maoyi Youxian Gongsi
Represented Pro Se by: Cen Gaobin (Legal Representative)


📌 Please confirm receipt of this filing and let me know the assigned case number and payment instructions (for the $402 filing fee).

If anything further is required, I will promptly cooperate.

Sincerely,
Cen Gaobin
Pro Se Representative for Plaintiff

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.